**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PHAN D. RACHAEL ELLIS,

Plaintiff,

v.

ASSOCIATED BANK MINNESOTA, a state banking association and ASSOCIATED BANC-CORP, a bank holding company,

Defendants.

Civil No. 00-1362 (DWF/AJB)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 8, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed SEP 08 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________