**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Phan D. Rachel Ellis,**

**Plaintiff,**

**v.**

**Associated Bank Minnesota,**
**a state banking association and**
**Associated Banc-Corp,**
**a bank holding company,**

**Defendants.**

**Court File No. 00 CV 1362 DWF/AJB**

**STIPULATION FOR DISMISSAL WITH PREJUDICE** and order

The above-entitled action having been fully compromised and settled, it is hereby stipulated by and between the parties hereto through their respective counsel that the same may be and is hereby dismissed on its merits with prejudice but without costs or attorney fees to any party. The Court Administrator, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action.

Dated this 25th day of September 2000.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Charles O. Lentz (#168403)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Fax: (612) 339-4181

ATTORNEYS FOR DEFENDANTS

FILED SEP 29 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated this 27th day of September 2000.

NICHOLS, KASTER & ANDERSON

By: ______________________
John A. Fabian III (#13482X)

4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Phone: (612) 338-1919
Fax: (612) 338-4873

ATTORNEYS FOR PLAINTIFF

**ORDER**

This action is hereby dismissed, with prejudice, and without costs or attorney fees to any party.

Dated this 28th day of September 2000.

By: ______________________
Judge of District Court